■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEMUEL GOODMAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, McCarthy, J.—petit larceny.) Present—Dillon, P. J., Doerr, Denman, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. BECKER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—criminal possession of stolen property, second degree.) Present—Callahan, J. P., Doerr, Denman, Boomer, and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR LUSTER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Sedita, J.—sexual misconduct.) Present—Callahan, J. P., Doerr, Denman, Boomer and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CHAPMAN, Also Known as JAMES CHATMAN, Appellant. —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Flynn, J. —burglary, third degree.) Present—Dillon, P. J., Callahan, Denman, Pine and Balio, JJ.

■ In the Matter of EVERETT R. DU PONT, Appellant, v THOMAS COUGHLIN, as Commissioner of the New York State Department of Correctional Services, et al., Respondents.— Judgment unanimously reversed, on the law, and petition granted *(see, Matter of Jones v Smith,* 64 NY2d 1003). (Appeal from judgment of Supreme Court, Cayuga County, Corning, J. —art 78.) Present—Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN VALENTINE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Flynn J.—criminal possession of controlled substance, seventh degree, two counts.) Present— Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.